TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Dennis Dang

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-915 JW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE STATUS CONFERENCE |
| vs. | |
| DENNIS DANG, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record that the status conference date in the above-referenced matter should be continued from March 26, 2012 to May 21, 2012 at 1:30 p.m. It is further stipulated that time should be excluded from March 26, 2012 to May 21, 2012, and that there is good cause for said continuance to accommodate conflicts arising from the need for defense investigation and preparation, counsels' personal and trial schedules and for continuity of counsel pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv).

//

1

Dated: March 21, 2012

                                        /s/
TED W. CASSMAN,
Attorney for Defendant
DENNIS DANG

Dated: March 21, 2012

                                        /s/
THOMAS STEVENS,
Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation, it is so ORDERED.

Dated: March 22, 2012

JAMES WARE,
Chief U.S. District Court Judge