1  TED W. CASSMAN
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone: (510) 845-3000

4  Attorneys for Defendant
   Dennis Dang

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-915 ~~ECM~~ EMC |
| Plaintiff, | STIPULATION AND [PR~~OP~~OSED] ORDER CONTINUING DATE FOR DEFENDANT'S SELF-SURRENDER |
| vs. | |
| DENNIS DANG, | |
| Defendant. | |

It is hereby stipulated by and between the parties that Mr. Dang's self-surrender date should be continued from November 7, 2012 to January 7, 2013 at 1:30 p.m.  Mr. Dang makes this request after consultation with his wife re-evaluation of what is in the best interests of their children.  U.S.P.O Aaron Tam has informed counsel that his office takes no position on this request.

Dated: September 7, 2012

                                                          /s/
                                    TED W. CASSMAN,
                                    Attorney for Defendant
                                    DENNIS DANG

1 | Dated: September 7, 2012

3 |                                         _____/s/_____
4 |                                         THOMAS STEVENS,
  |                                         Assistant United States Attorney

6 |                                    ORDER

7 | Pursuant to the parties' stipulation and good appearing, it is so ORDERED.

                13
9 | Dated: September __, 2012

12 | _____
   | Edward M. Chen
   | U.S. District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen